# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CODY HAMILTON AND DEVIN
LEWIS HAMILTON

NO.   2023 CW 0814

VERSUS

SAFEGUARD CAPITAL FUND,
L.P., SAFEGUARD SELF
STORAGE, INC., SAFEGUARD
DEVELOPMENT GROUP, LLC,
SAFEGUARD DEVELOPMENT I,
LLC, SAFEGUARD EQUITY GROUP,
LLC, SAFEGUARD STORAGE
PROPERTIES, LLC, AND
SAFEGUARD OPERATIONS, LLC,
ABC INSURANCE COMPANY, AND
XYZ INSURANCE COMPANY

**JANUARY 18, 2024**

---

In Re:   Cody Hamilton and Devin Lewis Hamilton, applying for
rehearing, 19th Judicial District Court, Parish of
East Baton Rouge, No. 681837.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**CHH**
**SMM**


**McClendon, J.,** dissents and would grant the application for
rehearing for the sole purpose of having this matter heard by an
*en banc* panel of the court.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT